IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LINDELL SWINSON                                          :                    CIVIL ACTION
                                                                  :
                                                                  :
                      v.                                      :
                                                                  :
COMMONWEALTH OF PENNSYLVANIA,    :
et al.                                                            :                    NO. 07-3934

## ORDER

**AND NOW**, this 30th day of October, 2008, upon careful and independent consideration of

the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. No. 1), and after

review of United States Magistrate Judge L. Felipe Restrepo's Report and Recommendation (Doc. No.

30), **IT IS HEREBY ORDERED** that:

1.    The Report and Recommendation of Magistrate Judge Restrepo is **APPROVED** and

       **ADOPTED**;

2.    The Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 is

       **DENIED**;

3.    Because Petitioner has failed to make a substantial showing of the denial of a

       constitutional right, we decline to issue a certificate of appealability under 28 U.S.C.

       § 2253(c)(2); and

4.    The Clerk shall **CLOSE** this case statistically.

                                                                  BY THE COURT:


                                                                  John R. Padova, J.